1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

JUDITH C. MAY,                                    )
7                                                 )
                        Plaintiff,                )    Case No. C09-1050-MJP
8                                                 )
        v.                                        )
9                                                 )    ORDER DENYING LEAVE TO
J. MAHAR, et.al.,                                 )    PROCEED IN FORMA
10                                                )    PAUPERIS
                        Defendants.               )
11 _____)

12          Plaintiff, proceeding pro se, has filed an application to proceed in forma pauperis ("IFP")

13 in this civil case.  Dkt. 1.  In her application, plaintiff states that she receives a total of $1,347 per

14 month and has $15,000 in cash.  This level of income and assets render her ineligible for IFP

15 status, which is reserved for the truly indigent.  Plaintiff's application to proceed IFP is therefore

16 DENIED.

17          The Clerk shall file the complaint only on receipt of the usual filing fee.  If no filing fee is

18 paid within 30 days of the date of this Order, the Clerk shall close the file.

19 ///

20 ///

21 ///

22 ///

23 ///

ORDER DENYING LEAVE TO
PROCEED IN FORMA PAUPERIS – 1

The Clerk is directed to send a copy of this Order to plaintiff and to Magistrate Judge Brian A. Tsuchida.

DATED this _3rd___ day of ___August___, 2009.


_____
Marsha J. Pechman
United States District Judge

Recommended for entry this
29th day of July, 2009.

/s BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING LEAVE TO
PROCEED IN FORMA PAUPERIS – 2